IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

FILED
MAY 22 2018
Clerk, U.S. District Court
District Of Montana
Helena

| | |
|---|---|
| GENET McCANN, | |
| Plaintiff, | No. CV 18-57-H-SEH |
| vs. | ORDER |
| The Supreme Court of the State of Montana; Chief Justice Mike McGrath, in his official capacity as Chief Justice of the Montana Supreme Court; | |
| The COMMISSION ON PRACTICE of the Supreme Court of the State of Montana; Ward Taleff, in his official capacity as Chairman of the Commission On Practice; | |
| OFFICE OF THE STATE DISCIPLINARY COUNSEL, Michael Cotter Chief Disciplinary Counsel, in his official capacity; Jon Moog, deputy disciplinary counsel in his official capacity, | |
| Defendants/Respondents. | |

Pending before the Court is Plaintiff Genet McCann's "Unopposed Motion for Extension of Time to Respond to Motion to Dismiss."[1] It is represented to be unopposed.

---

[1] Doc. 13.

The motion recites "I am addressing health issues involving chronic fatigue. I have other overlapping court deadlines involving the same week that my response is due on May 24, 2018, and I have another significant deadline the following week."[2] None of the statements provide factual support for the claims of "chronic fatigue," "overlapping court deadlines involving the same week," or "another significant deadline."

To assist the Court in addressing the merits of the extension request, Plaintiff shall have to and including 12:00 p.m. on Friday, May 25, 2018, in which to submit to the Court and file a statement or statements of fact or medical opinion that support and justify the extension request.

DATED this 22nd day of May, 2018.

Sam E. Haddon
United States District Court

---

[2] Doc. 13 at 1-2.