UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| GENET MCCANN, <br><br> Plaintiff, <br><br> vs. <br><br> The Supreme Court of the State of Montana; Chief Justice Mike McGrath in his official capacity as Chief Justice of the Montana Supreme Court; <br><br> The COMMISSION OF PRACTICE of the Supreme Court of the State of Montana; Ward Taleff, in his official capacity as Chairman of the Commission on Practice; <br><br> OFFICE OF THE STATE DISCIPLINARY COUNSEL, Michael Cotter Chief Disciplinary Counsel, in his official capacity; Jon Moog, deputy disciplinary counsel in his official capacity, <br><br>    Defendants/Respondents. | Case No. CV-18-57-H-SEH <br><br> JUDGMENT IN A CIVIL CASE |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__    **Decision by Court.** This action came before the Court for bench trial,

hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED This case is DISMISSED for lack of jurisdiction.

Dated this 11th day of June, 2018.

TYLER P. GILMAN, CLERK

By: /s/ H. Gauthier
H. Gauthier, Deputy Clerk